UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLIBER FRANCO CALZADA,

v.                                    Case No. 8:02-cr-159-T-24EAJ
                                               8:05-cv-604-T-24EAJ

UNITED STATES OF AMERICA.

_____

O R D E R

The Court denied Defendant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. (Doc. cv- 13).  Defendant has filed a Notice of Appeal, an application for certificate of appealability (Doc. cv-16), and a motion for leave to appeal in forma pauperis.  (Doc. cv-17).

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also,  Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

_____

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

Accordingly, the Court orders:

1. That Defendant's application for certificate of appealability (Doc. cv-16) is denied.

2. That Defendant's motion for leave to appeal in forma pauperis (Doc. cv-17) is denied.

ORDERED at Tampa, Florida, on August 23, 2005.

SUSAN C. BUCKLEW
United States District Judge

AUSA:  James A. Muench
Pro se:  Fliber Franco Calzada